C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| NIKITA TIPIKIN and USTINA ANDREEFF, <br> Plaintiffs, <br> vs. <br> LIBERTY MUTUAL INSURANCE COMPANY, <br> Defendants. | NOTICE OF DISMISSAL BEFORE ANSWER <br><br> Case No. 3:12-CV-00228-HRH |

Plaintiff gives notice pursuant to Civil Rule 41(a)(1) of dismissal of this action.

DATED this 6th day of December, 2012.

s/Michael Hough
MICHAEL HOUGH
Attorney for Plaintiffs
3733 Ben Walters Lane, Suite 2
Homer, Alaska 99603
Phone: (907) 235-8184
Fax: (907) 235-2420
ABA #7405022

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 6th day of December, 2012, a true and correct copy of the foregoing document was served electronically upon: Laura L. Farley, 807 G Street, Suite 250, Anchorage, AK 99501
By: s/Janet Hanenberger
H:\FishingIssuesContractsAgreements\Tipikin-Andreeff Liberty NoticeDismiss.doc

NOTICE OF DISMISSAL BEFORE ANSWER
Nikita Tipikin and Ustina Andreeff v.
Liberty International Underwriters, et al
Case No. 3:12-CV-00228-HRH

Page 1 of 1

Case 3:12-cv-00228-HRH   Document 9   Filed 12/06/12   Page 1 of 1